**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  15-cv-60251-COHN/SELTZER

HI-TECH PHARMACEUTICALS, INC.,
a Georgia corporation,
Plaintiff,

v.

NUTRITION TRAINING SYSTEMS, LLC,
d/b/a MUSCLEOLOGY SPORTS NUTRITION,
a Florida limited liability company; and
MUSHTAQ HUSSAIN, an individual,
Defendants.
_____/

**STIPULATION AND**
**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, HI-TECH PHARMACEUTICALS, INC.  (hereinafter "Plaintiff"), and Defendants, NUTRITION TRAINING SYSTEMS, LLC, and  MUSHTAQ HUSSAIN ("Defendants"), (collectively, "the Parties"), by and through their undersigned counsel, hereby submit their Stipulation and Joint Motion for Dismissal with Prejudice.

1. All parties to this action have agreed to resolve the above-captioned matter, and have entered into a Confidential Settlement Agreement to effectuate the same.

2. All parties have agreed to bear their own attorneys' fees and costs incurred in this action.

3. All parties have agreed that this Court has jurisdiction over the Defendants pertaining to this matter and over the subject matter of this action.

4. The parties agree and respectfully request that this Court retain jurisdiction to enforce the terms of the Confidential Settlement Agreement in the event that a need for enforcement should arise.

WHEREFORE, that the Parties stipulate that this action should be dismissed by Court Order and respectfully request entry of the attached proposed Order providing for:

1) dismissal of this action with prejudice;

2) each party to bear its own attorneys' fees and costs incurred in this action; and

3) retention of jurisdiction by this Court over the parties and the subject-matter of this suit to enforce the terms of the parties' Confidential Settlement Agreement, should such enforcement be required.


Dated:  April 15, 2015

                                        Respectfully submitted,

                                        ___/Jesus Sanchelima/_____
Jesus Sanchelima, Esq. (Fla. Bar No. 231207)
jesus@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone:  (305) 447-1617
Facsimile:  (305) 445-8484
Attorneys for Defendants

       ___/EWS/_____
Erica W. Stump, Esq.
Erica W. Stump, P.A.
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Florida Bar No 0427632
(786)506-1088
Fax (954)2788510
erica@ericawstump.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-60251-COHN/SELTZER

HI-TECH PHARMACEUTICALS, INC.,
a Georgia corporation,
Plaintiff,
v.

NUTRITION TRAINING SYSTEMS, LLC,
d/b/a MUSCLEOLOGY SPORTS NUTRITION,
a Florida limited liability company; and
MUSHTAQ HUSSAIN, an individual,
Defendants.
_____/

**ORDER GRANTING STIPULATION AND
JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

THIS MATTER having come before this Court upon the parties' Stipulation and Joint Motion for Dismissal with Prejudice ("the Motion"). The Court, having reviewed the Motion, and being advised in the premises, it is thereupon ORDERED AND ADJUDGED:

1)  The Motion is hereby GRANTED;
2)  This Court has jurisdiction over the Defendants and over the subject matter;
3)  This action is dismissed with prejudice;
4)  Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit; and
5)  This Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the parties' Confidential Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of April, 2015.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /Jesus Sanchelima/
Jesus Sanchelima, Esq.

SERVICE LIST
Hi-Tech Pharmaceuticals, Inc.  versus  Nutrition
Case No. 15-cv-60251-JIC/BS
United States District Court, Southern District of Florida

| | |
|---|---|
| Erica Stump, Esq. | Jesus Sanchelima, Esq. |
| erica@ericawstump.com | jesus@sanchelima.com |
| Erica Stump, P.A. | Sanchelima & Associates, P.A. |
| 110 East Broward Blvd. | 235 S.W. Le Jeune Road |
| Suite 1700 | Miami, Florida 33134 |
| Ft. Lauderdale, FL 33301 | Telephone:  (305) 447-1617 |
| Telephone: 954-446-0085 | Facsimile:  (305) 445-8484 |
| Facsimile:  954-278-8510 | Via ECF |
| Via email | |

4